**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| JOANN SCHROCK and RICHARD SCHROCK, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CAUSE NO.  3:12-cv-737-JVB-CAN |
| | ) | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER; BARRY CADDEN; LISA CADDEN; and GREG CONIGLIARO, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to L.R. 6.1., Defendants Barry and Lisa Cadden, and Greg Conigliaro ("Defendants"), by counsel, hereby move this Court for an extension of time to respond to Plaintiffs' Complaint, up to and including April 22, 2013.  Defendants' Answer is currently due February 21, 2013.  Plaintiffs' counsel has been consulted and has no objection to the requested extension.

WHEREFORE, Defendants, by counsel, pray for an Order allowing Defendants up to and including April 22, 2013 to respond to Plaintiffs' Complaint, and for all other relief just and proper in the premises.

LEWIS WAGNER LLP

By:  */s/ Kameelah Shaheed-Diallo*
　　　　DINA M. COX, #18590-49
　　　　KAMEELAH SHAHEED-DIALLO, #28058-49
　　　　ROBERT M. BAKER IV, #25471-49
　　　　JANELLE M. KILIES, #30708-49
　　　　*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 14, 2013 using the CM/ECF system which sent notification of this filing to the following:

Douglas D. Small
Edmond W. Foley
FOLEY & SMALL
1002 E. Jefferson Blvd.
South Bend, IN  46617

                        */s/ Kameelah Shaheed-Diallo*
                        KAMEELAH SHAHEED-DIALLO

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:  (317) 630-2790
kshaheed-diallo@lewiswagner.com
Q:\NECC\4 - Schrock\Federal Court Pleadings\2nd MET.docx